United States District Court
For The Middle District Of Alabama
Northern Division

RECEIVED
JAN -9 2023
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Peter J. Smith
        Plaintiff

V                          Civil Action No.
                           2:23-cv-00024-ECM-JTA

Retirement System Of Alabama et al.
~~Def~~    Defendant.

Complaint

1). Amount in question exceeds $20 00/100 therefore jury trial requested.

2) Peter J. Smith   P.O. Box 1644 Montgomery, AL. 36102-1644

3) RSA et al
Location: Regions Bank RSA Tower

4) Date: = Monday 11-14-2022 between the hours of 2PM and 4PM (Cst).

5). Facts: Upon existing the mens restroom located on the first floor of the Regions Bank RSA Tower down the hall from a Chick-Fil-A restaurant also located in the building I was met by DTA Major Smith.

(1)

5) continued, - Black male, another DTA male black believed to be a lieutenant from the last Subway case, and a female DTA and I was also met by a armed Black Male MPD officer in uniform. They wanted me to leave the building. I currently have prior still pending federal civil lawsuits against both groups the City of Montgomery Alabama et al. and the Retirement Systems of Alabama et al. The federal criminal charges are federal witness tampering. The Civil charges are racial profileing, a pattern or practice of retaliation and defamation. Included in this group are RSA Regions Bank RSA Tower building manager Steven Mayer.

City of Montgomery, Alabama Major Steven Reed, MPD Police Chief Darryl Albert and the Montgomery, AL. City Council, These entities or individuals listed me separate case.

RSA/DTA = RSA Chief David Bronner and the other members of the governing body of the Retirement Systems of Alabama as well as (DTA) Donald Terry and Associates management and personnel.

(2)

Retirement Systems of Alabama et al.

6). Relief Requested = $900 million

I have two existing Regions Bank Accounts in The Regions Bank RSA Tower there is also a regions atm machine located in the building. I am a citizen of the State of Alabama born and raised in Alabama there is an office where a Citizen of the United States of America may obtain a Birth Certificate, I am a United States of America Citizen as well. A pattern and practice of retaliation as well as defamation and racial profiling definitely exists. I am a Black male who has vesting ( 10 or more years of service as a State of Alabama employee) in the Retirement Systems of Alabama.

(3)

PROCESS IMMEDIATELY

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

ATTN: DRM

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL   PERMIT NO. 356   OMAHA, NE

POSTAGE WILL BE PAID BY ADDRESSEE

MUTUAL *of* OMAHA INSURANCE COMPANY
3316 FARNAM ST
OMAHA NE 68172-7603

New Case   Peter J. Smith
Jr.

Retirement System of Alabama et al.

ME4549_0719_PE603728