IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER JAMES SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:23-cv-24-ECM |
| ) | (WO) |
| RETIREMENT SYS. OF ALA., ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION and ORDER**

On May 19, 2023, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute and to comply with the orders of the Court.

A separate Final Judgment will be entered.

Done this 21st day of August, 2023.

                                                /s/ Emily C. Marks
                                                EMILY C. MARKS
                                                CHIEF UNITED STATES DISTRICT JUDGE